UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RUSSELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　Respondent. | Case No. CV 18-7555-DDP (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Second Amended Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated:　June 25, 2021

HONORABLE DEAN D. PREGERSON
Chief United States District Judge