JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RUSSELL,<br>　　　　Petitioner,<br>　　v.<br>RAYMOND MADDEN, Warden,<br>　　　　Respondent. | Case No. CV 18-7555-DDP (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: June 25, 2021

_____
HONORABLE DEAN D. PREGERSON
United States District Judge